E-FILED
Thursday, 02 November, 2006  02:05:30 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

SHEET METAL WORKERS LOCAL #218
FRINGE BENEFIT FUNDS, et. al.

**SUMMONS IN A CIVIL CASE**

V.

C&K MECHANICAL
CONTRACTORS, INC.

CASE NUMBER: 06-3225

**TO:** (Name and address of Defendant)

Susan Bensyl, Registered Agent
C&K Mechanical Contractors, Inc.
902 Surrey Court
Mahomet, Illinois 61853

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-5945

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

OFFICE OF CHAMPAIGN COUNTY, ILLINOIS

Case #: **2006SM 3225**     Type **SUM**     Def#- 1 of 1     Origin- 10

Court Date: /00/0000      Date Filed: 10/03/2006 Date Rec'd: 10/16/2006 15:49:22

Defendant: C&K MECHANICAL CON (REG AGENT SUSA N BENSYL)     Attempted Services
Address: ~~902 SURREY COURT, MAHOMET~~                                           Date    Time

Moved to St. Joe  Ken Bensyl           537   10/17/06  16:17
Emplyer:
Address:            605 County Acres
                        St. Joseph

Plaintiff: SHEET METAL WORKERS LOCAL #218
Address:                                                                         ____:__
Phone:                                                                           ____:__
Service Info/Comments:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    20 DAY SUMMONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I Certify that I served this process on the defendant as follows:

___ 1-PERSONAL SERVICE: By leaving a copy of the ____SUMMONS____ and
    complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said ____SUMMONS____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    ____SUMMONS____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

_X_ 3-CORPORATION SERVICE: By leaving a copy of the ____SUMMONS____
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county._____

___ 5-OTHER ( (ex-owner) SUMMONS ): _____

Person Served: Kenneth W Bensyl     Address: 605 County Acres Rd
SEX M  RACE W  DOB 12/11/59  HT____  WT____  Mailed Date: St Joseph
Date Served: 10/20/06  Time: 1:05

DAN WALSH, SHERIFF CHAMPAIGN COUNTY   BY: _____ #J, DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                REASON NOT SERVED:
            __ 01 MOVED - NO FORWARDING   __ 06 EMPLOYER REFUSAL
            __ 02 NO SUCH ADDRESS         __ 07 DECEASED
            __ 03 NO CONTACT MADE         __ 08 EVADED SERVICE
            __ 04 WRONG ADDRESS           __ 09 RETURNED PER ATTY
            __ 05 MOVED - FORWARDING_____

ATT/PLF                     POOR PERSON OR       SHERIFF'S SERVICE FEES
                            NO CHARGE___         SERVICE_____ $ 30
CAVANAGH & OHARA                                 MILES TRAVELED $ 70
1609 N ILLINOIS ST                               RETURN_____ $ 5
                            BALANCE DUE 0        TOTAL_____ $ 75.00
SWANSEA IL 62226

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.

605 County Ave