IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 06-3225 ) |
| C&K MECHANICAL CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COME Plaintiffs, SHEET METAL WORKERS LOCAL 218 HEALTH & WELFARE FUND, *et al*., by and through their attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1. That the Complaint in this matter was filed on October 3, 2006 for audit liability due of $31,797.52, plus liquidated damages of $3,179.75, and audit costs of $983.47, for a total due of $35,960.74, for the period of January 1, 2003 through December 31, 2005; and further, any unpaid contributions, and liquidated damages unpaid at the time Judgment is entered.

2. That on October 20, 2006, Kenneth W. Bensyl, an Officer of the Corporation of C&K MECHANICAL CONTRACTORS, INC., was duly served by Champaign County Sheriff's Department with said Summons and Complaint.

3. That the Defendant has failed to file a responsive pleading within the statutory time

frame.

    4.    Pursuant to Standing Order attached hereto is the Affidavit of Britt W. Sowle in Support of Motion for Default Judgment.

WHEREFORE, Plaintiffs, SHEET METAL WORKERS #218 HEALTH & WELFARE FUND, *et al*, pray that this Court enter default judgment against Defendant, C&K MECHANICAL CONTRACTORS, INC., and in favor of Plaintiffs.

                      SHEET METAL WORKERS #218 HEALTH
                      & WELFARE FUND, *et al*, Plaintiffs,


                      By:   s/Britt W. Sowle
                            BRITT W. SOWLE
                            **CAVANAGH & O'HARA**
                            Attorneys for Plaintiffs
                            1609 North Illinois Street
                            Swansea, Illinois 62226
                            Telephone: (618) 222-5945
                            Facsimile:  (618) 222-6755
                            britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\C&K Mechanical Contractors, Inc\Request for Entry of Default.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SHEET METAL WORKERS LOCAL 218,                )
SHEET METAL WORKERS LOCAL 218                 )
PENSION FUND, SHEET METAL WORKERS             )
NATIONAL BENEFIT FUNDS, SHEET                 )
METAL WORKERS LOCAL 218                       )
APPRENTICESHIP FUND, SHEET METAL              )
WORKERS HEALTH AND WELFARE FUND,              )
SHEET METAL WORKERS LOCAL 218                 )
FRINGE BENEFIT FUNDS, SHEET METAL             )
WORKERS LOCAL 218 INDUSTRY FUND               )
                                              )
           Plaintiffs,                        )
                                              )
vs.                                           ) No. 06-3225
                                              )
C&K MECHANICAL CONTRACTORS, INC.,             )
                                              )
           Defendant.                         )

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

BRITT W. SOWLE, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs, and in such capacity represents the Plaintiffs in the above-entitled and numbered action.

That on October 20, 2006, Kenneth W. Bensyl, an officer of C&K MECHANICAL CONTRACTORS, INC., was duly served by Champaign County Sheriff's Department with said Complaint and Summons in this action; that the said Defendant has failed to appear, plead or otherwise defend herein within the time allowed and is therefore in default; that to the best information and belief the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Solders' and Sailors' Civil Relief Act of 1940, as amended; that the claim Plaintiffs have is for delinquent contributions and applicable late fees in the

amount of $34,977.27 for the period of January 1, 2003 through December 31, 2005 as revealed in the payroll audit plus audit costs of $983.47;and further for any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered, and cumulative attorney's fees and court costs to date in the amount of $1,835.00. This Affidavit is made for the purpose of requesting that default judgment be entered against the Defendant.

SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, et al.,
Plaintiffs,

By: s/Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618) 222-5945
Facsimile: (618) 222-6755
britt@cavanagh-ohara.com

Subscribed and sworn to before me this 5th day of December 2006.

_Susan K. Toennies_
NOTARY PUBLIC

S:\c&o\Files\SMW 218\Deliq\C&K Mechanical Contractors, Inc\A-Pursuant to Standing Order for DJ.wpd

OFFICIAL SEAL
SUSAN K. TOENNIES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-5-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 06-3225 ) |
| C&K MECHANICAL CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advise in the premises, finds that Defendant, C&K MECHANICAL CONTRACTORS, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, C&K MECHANICAL CONTRACTORS, INC., for its failure to answer this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs made

application to the District Court for the entry of a default judgment against Defendant, C&K MECHANICAL CONTRACTORS, INC.

   ENTERED this _____ day of _____, 2006.

                    _____
                    **United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 06-3225 ) |
| C&K MECHANICAL CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on December 5, 2006, I electronically filed a Request for Entry of Default with the Clerk of Court using the CM/ECF system and I hereby certify that on December 5, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Susan and Ken Bensyl
C&K Mechanical Contractors, Inc.
902 Surrey Court
Mahomet, Illinois 61853

Respectfully submitted,
s/britt w. sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com