E-FILED
Wednesday, 20 December, 2006  08:17:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND, <br><br>Plaintiffs, <br><br>v. <br><br>C&K MECHANICAL CONTRACTORS, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 06-3225 ) ) ) ) |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs' Request for Entry of Default and the Court being fully advised in the premises finds that the Defendant, C&K MECHANICAL CONTRACTORS, INC., has been served with summons and complaint as shown by the file in this case and has not answered or otherwise pleaded to the complaint

filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs file with this court a motion for default judgment.

Entered this 20th day of December, 2006.

                                                    s/Charles H. Evans
                                                   CHARLES H. EVANS
                                         United States Magistrate Judge