IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND<br><br>Plaintiffs,<br><br>vs.<br><br>C&K MECHANICAL CONTRACTORS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 06-3225<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT**

NOW COME Plaintiffs, SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, C&K MECHANICAL CONTRACTORS, INC.

1. That the Complaint in this matter was filed on October 3, 2006.

2. That on October 20, 2006, Kenneth W. Bensyl, officer of C&K MECHANICAL CONTRACTORS, INC., was duly served by Champaign County Sheriff's Department, with said Summons and Complaint.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. That the Plaintiffs' claim is for delinquent contributions and applicable late fees in

the amount of $34,977.27 for the period of January 1, 2003 through December 31, 2005 as revealed in the payroll audit plus audit costs of $983.47; and further for any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

5. That the Plaintiffs are entitled to its attorney's fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney's Fees of Britt W. Sowle

WHEREFORE, Plaintiffs pray for judgment against the Defendant, C&K MECHANICAL CONTRACTORS, INC., as follows:

A. That Judgment be awarded in favor of the Plaintiffs and against the Defendant in the amount of $31,797.52 to the Funds for health and welfare and various fringe benefit contributions plus liquidated damages of $3,179.75 for the audit period of January 1, 2003 through December 31, 2005 plus audit costs of $983.47; and further any unpaid contributions, and liquidated damages unpaid at the time judgment is rendered.

B. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs, the required contributions reports and payments heretofore referred to.

C. That Defendant be decreed to pay to the Plaintiffs their attorney's fees to date in the amount of $1,835.00, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D. That Plaintiffs be awarded such other and further relief as the court deems just and equitable, all at Defendant's cost.

Respectfully submitted,

SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,

                                                    By:   s/Britt W. Sowle
                                                          BRITT W. SOWLE
                                                          **CAVANAGH & O'HARA**
                                                          Attorneys for Plaintiffs
                                                          1609 North Illinois Street
                                                          Swansea, Illinois 62226
                                                          Telephone: (618) 222-5945
                                                          Facsimile: (618) 222-6755
                                                          britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\C&K Mechanical Contractors, Inc\M-DJ.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND<br><br>Plaintiffs,<br><br>vs.<br><br>C&K MECHANICAL CONTRACTORS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-3225<br>)<br>)<br>)<br>) |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES

BRITT W. SOWLE, being first duly sworn, on oath deposes and states that the following itemization accurately reflects the time expended with respect to the above-captioned matter:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/1/05 | Received and reviewed correspondence and completed audit from Levinson, Simon and Sprung, disclosing audit liability due and owing. Preparation of letter to employer requesting payment of audit liability due. | 1.00 |
| 11/4/05 | Telephone conference with Mr. Bensyl regarding audit liability due and challenges to same. Review file. | 0.30 |
| 12/5/05 | Telephone conference with Ken Bensyl regarding additional time to submit challenges to payroll audit. Review file. | 0.25 |
| 3/20/06 | Preparation of second and final demand to employer for | |



EXHIBIT A

| | | |
|---|---|---:|
| | payment of audit liability due and owing via certified and regular mail. | 0.40 |
| 3/22/06 | Telephone conference with Ken Bensyl regarding audit liability due and audit challenges. Review file. | 0.40 |
| 4/4/06 | Telephone conference with Ken Bensyl regarding audit challenges forwarded. Review file. | 0.40 |
| 7/19/06 | Telephone conference with Ken Bensyl regarding audit challenges submitted and request for supporting documentation. | .25 |
| 7/19/06 | Additional telephone conference with Ken Bensyl regarding audit challenges. | .40 |
| 9/30/06 | Review file. Research Illinois Secretary of State to obtain corporate information. Telephone conference with Champaign County Sheriff regarding service of Summons. Preparation of draft Complaint, Summons, Certificate of Service, Civil Cover Sheet, and Affidavit in Support of Attorney Fees. | 1.80 |
| 10/02/06 | Finalize Complaint and other initial pleadings. Assemble exhibits. File same with U.S. District Court via electronic filing. Preparation of correspondence to U.S. District Court enclosing our filing fee. | 1.00 |
| 10/05/06 | Received and reviewed the court issued Summons; Preparation of letter to Champaign County Sheriff to serve Defendant with Summons and Complaint. | .50 |
| 10/20/06 | Telephone conference with Ken Bensyl of C&K regarding audit challenges and delinquent contributions. | .40 |
| 11/02/06 | Received and reviewed executed Summons from Sheriff's Department; File same with U.S. District Court via e-file. | .40 |
| 12/01/06 | Received and reviewed Order from U.S. District Court to file a report regarding further prosecution of case. | .10 |
| 12/05/06 | Review file. Preparation of draft Request for Entry of Default, Order of Default, Motion for Default Judgment, Order, Affidavit In Support of Motion for Default Judgment, Notice of Filing, and Amended Affidavit of Attorney Fees. | 1.50 |
| | TOTAL HOURS 2.50 X $90.00 PER HOUR = | $225.00 |
| | TOTAL HOURS 6.60 X $185.00 PER HOUR = | $1,221.00 |
| 7/13/06 | U.S. District Court - filing fee | $ 350.00 |

| | | |
|---|---|---|
| 7/13/06 | Champaign Sheriff Fees | $ 39.00 |

**TOTAL FEES AND COSTS INCURRED TO DATE:**  $ 1,835.00

Further, Affiant sayeth naught

s/ Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:  (618) 222-5945
Facsimile:   (618) 222-6755
britt@cavanagh-ohara.com

Subscribed and sworn to before me this 5th day of December 2006.

Susan K. Toennies
NOTARY PUBLIC

OFFICIAL SEAL
SUSAN K. TOENNIES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-5-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND         Plaintiffs, vs. C&K MECHANICAL CONTRACTORS, INC.,         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 06-3225 |

**NOTICE OF FILING**
**PURSUANT TO STANDING ORDER**
**OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

TO:    Susan and Kenneth Bensyl
       C&K Mechanical Contractors, Inc.
       902 Surety Court
       Mahomet, Illinois 61853

NOTICE HEREBY GIVEN to you that Plaintiffs, SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, filed a Motion for Default Judgment against you on 20th day of December 2006.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 20th day of December 2006.

SHEET METAL WORKERS #218 HEALTH

                                           & WELFARE TRUST FUND, *et al*,
Plaintiffs,

By:   s/Britt W. Sowle
       BRITT W. SOWLE
       **CAVANAGH & O'HARA**
       Attorneys for Plaintiffs
       1609 North Illinois Street
       Swansea, Illinois 62226
       Telephone: (618) 222-5945
       Facsimile: (618) 222-6755
       britt@cavanagh-ohara.com

S:\c&o\Files\SMW 218\Deliq\C&K Mechanical Contractors, Inc\Notice of Filing.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 06-3225 ) |
| C&K MECHANICAL CONTRACTORS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, C&K MECHANICAL CONTRACTORS, INC., and that the Defendant has failed to anser or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, C&K MECHANICAL CONTRACTORS, INC., as follows:

A.     That Judgment be awarded in favor of the Plaintiffs and against the Defendant in the amount of $31,797.52 to the Funds for health and welfare and various fringe benefit contributions plus liquidated damages of $3,179.75 for the audit period of January 1, 2003 through December 31, 2005 plus audit costs of $983.47; and further any unpaid contributions, and liquidated damages unpaid at the time judgment is rendered.

B.     Defendant is ordered to perform and continue to perform all its obligations to the

Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.

    C.    Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,835.00, as provided by ERISA, 29 U.S.C. Section 1132(g)2).

    ENTERED this _____ day of _____, 2006.

                                                                    **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND<br><br>    Plaintiffs,<br><br>vs.<br><br>C&K MECHANICAL CONTRACTORS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-3225<br>)<br>)<br>)<br>) |

**Certificate of Service**

    I hereby certify that on December 20, 2006, I electronically filed a Motion for Default Judgment with the Clerk of Court using the CM/ECF system and I hereby certify that on December 20, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Susan and Ken Bensyl
C&K Mechanical Contractors, Inc.
902 Surrey Court
Mahomet, Illinois 61853

            Respectfully submitted,
            s/britt w. sowle
            Britt W. Sowle
            Cavanagh & O'Hara
            1609 North Illinois Street
            Swansea, Illinois 62226
            Phone: (618)222-5945
            Fax: (618)222-6755
            E-mail: britt@cavanagh-ohara.com