IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 218, SHEET METAL WORKERS LOCAL 218 PENSION FUND, SHEET METAL WORKERS NATIONAL BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 APPRENTICESHIP FUND, SHEET METAL WORKERS HEALTH AND WELFARE FUND, SHEET METAL WORKERS LOCAL 218 FRINGE BENEFIT FUNDS, SHEET METAL WORKERS LOCAL 218 INDUSTRY FUND, <br><br>       Plaintiffs, <br><br> v. <br><br> C&K MECHANICAL CONTRACTORS, INC., <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 06-3225 |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 7). The Court has reviewed the Motion and other pleadings, and finds that the Complaint has been duly filed and served upon

1

Defendant, C&K MECHANICAL CONTRACTORS, INC., and that the Defendant has failed to answer or otherwise plead within the statutory time frame. The Plaintiffs have further presented sufficient evidence to establish the amount of damages.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 7) is ALLOWED. The Plaintiffs are hereby awarded Default Judgment against Defendant, C&K MECHANICAL CONTRACTORS, INC., as follows:

A. Judgment is awarded in favor of the Plaintiffs and against the Defendant in the amount of $31,797.52 for health and welfare and various fringe benefit contributions, plus liquidated damages of $3,179.75 for the audit period of January 1, 2003, through December 31, 2005, plus audit costs of $983.47; and further, any unpaid contributions and liquidated damages at the time judgment is rendered.

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.

C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,835.00, as provided by ERISA, 29 U.S.C. § 1132(g)(2).

IT IS THEREFORE SO ORDERED.

ENTER: January 11, 2007.

FOR THE COURT:

s/ Jeanne E. Scott<br>
JEANNE E. SCOTT<br>
UNITED STATES DISTRICT JUDGE