# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LOCAL 218 SHEET METAL WORKERS,**
**SHEET METAL WORKERS LOCAL 218**
**PENSION FUND, SHEET METAL WORKERS**
**NATIONAL BENEFIT FUNDS, et al.,**
            **Plaintiffs,**

            vs.                                              Case Number:    **06-3225**

**C & K MECHANICAL CONTRACTORS,**
**INC.,**
            **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Jeanne E. Scott. Plaintiffs' Motion for Default Judgment is allowed.   Judgment is awarded in favor of the Plaintiffs and against the Defendant in the amount of $31,797.52 for health and welfare and various fringe benefit contributions, plus liquidated damages of $3,179.75 for the audit period of January 1, 2003, through December 31, 2005, plus audit costs of $983.47; and further, any unpaid contributions and liquidated damages at the time judgment is rendered. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,835.00, as provided by ERISA, 29 U.S.C. § 1132(g)(2). This case is closed.----------

                    ENTER this 12th day of January 2007
                         s/ John M. Waters
                    JOHN M. WATERS, CLERK


                    _____s/ M. Eddings_____
                    BY:  DEPUTY CLERK