IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SHEET METAL WORKERS LOCAL 218, )
SHEET METAL WORKERS LOCAL 218 )
PENSION FUND, SHEET METAL WORKERS )
NATIONAL BENEFIT FUNDS, SHEET )
METAL WORKERS LOCAL 218 )
APPRENTICESHIP FUND, SHEET METAL )
WORKERS HEALTH AND WELFARE FUND, )
SHEET METAL WORKERS LOCAL 218 )
FRINGE BENEFIT FUNDS, SHEET METAL )
WORKERS LOCAL 218 INDUSTRY FUND )
                                )
        Plaintiffs,              )
                                )
vs.                             )  No. 06-3225
                                )
C&K MECHANICAL CONTRACTORS, INC., )
                                )
        Defendant.               )

**CITATION TO DISCOVER ASSETS**

TO:   Susan Bensyl, Registered Agent
      C&K Mechanical Contractors, Inc.
      605 Country Acres Road
      St. Joseph, Illinois 61873

**YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, April 19, 2007 at 4:00 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditor, SHEET METAL WORKERS #218 HEALTH & WELFARE TRUST FUND, et. al. Judgment was entered against you on January 12, 2007, ordering you to pay Plaintiffs **$31,797.52** for health and welfare and various fringe benefit contributions for the audit period of January 1, 2003 to December 31, 2005, plus liquidated damages of **$3,179.75**, audit costs of **$983.47** and further, any unpaid contributions and liquidated damages at the time judgment is rendered. Additionally, the judgment ordered you to pay attorney fees in the amount of **$1,835.00**, as provided by 29 U.S.C. Section 1132(g)(2).

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of C&K MECHANICAL CONTRACTORS, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

WITNESS, __3/23__, 2007.

(SEAL)

s/ John M Waters
Clerk of Court     s/ B. HANSEN

CAVANAGH & O'HARA
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

## SCHEDULE A

1. All books and records of C&K MECHANICAL CONTRACTORS, INC., for the period of January 1, 2003 to current.

2. All payroll records of C&K MECHANICAL CONTRACTORS, INC., for the period of January 1, 2003 to current.

3. Federal and State Income Tax Returns for C&K MECHANICAL CONTRACTORS, INC., for the years 2003 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by C&K MECHANICAL CONTRACTORS, INC., from January 1, 2003 to current.

5. All deeds relating to real estate owned in part or in toto by C&K MECHANICAL CONTRACTORS, INC.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or in toto by C&K MECHANICAL CONTRACTORS, INC.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by C&K MECHANICAL CONTRACTORS, INC.

S:\c&o\Files\SMW 218\Deliq\C&K Mechanical Contractors, Inc\CTDA.wpd