*Champaign County Sheriff*

```
                    PROCESS INFOMATIO              CMD 1 menu
    Control #: 200703807
    Type:  CIT                    Case #: 2006 CT  3225    Orgin:    10
    Def# -     1  of  1           Officer #: 533            Zone:     0
    Court Date: 4/19/2007         Date Filed:  3/23/2007   Date Rec'd: 3/29/2007
      All Names- (1,f)                                                 16:32:36
    Defendant:    C&K MECHANICAL CONT  (REG AGT SUSAN  BENSYL)
        Address:  605 COUNTRY ACRES ROAD             ST JOE
    Employer:
        Address:
    Plaintiff:    SHEET METAL WORKERS
        Address:
    Service Info: 04/19/07 4:00 SPRINGFIELD

    Attorney Code:       0    0  CAVANAGH & OHARA
        address/city           1609 N ILLINOIS ST    SWANSEA IL 62226
    Service type: 1    Person Served: SUSAN A BENSYL
                      Address: 605 COUNTRY ACRES RD         ST JOE
    Sex: F  Race: W  DOB: 11/17/1962  HT: 120  WT: 508  Mailed Date:  /00/0000
    Served date & time:  4/01/2007  17:00      # Services:    0
    Not served code:       Forwarding:

    No charge/Poor person?:      Fees earned:     45.00   Fees Recvd:    45.00
                                 Date Billed:  /00/0000  Date Returned: 4/17/2007
```